Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
334 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| GERARDO HERNANDEZ, | Case No. 5:24-cv-00646-SVK |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| SKSINGH, INC. dba JACK IN THE BOX #412, et al., | |
| Defendants. | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

NOW, THEREFORE, pursuant to settlement, Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 25, 2024                                       MOORE LAW FIRM, P.C.

                                                          */s/ Tanya E. Moore*
                                                          Tanya E. Moore
                                                          Attorney for Plaintiff,
                                                          Gerardo Hernandez